# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re: : Chapter 11
:
GVS Portfolio I B, LLC, : Case No. 21-10690 (CSS)
:
          Debtor. :
:
:
--------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I, Monique B. DiSabatino, hereby certify that on April 26, 2021, I caused a copy of the foregoing *RREF III Storage LLC's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case with Prejudice and Granting Relief from the Automatic Stay* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties on the attached service list via Electronic Mail.

                              **SAUL EWING ARNSTEIN & LEHR LLP**

                              By:*/s/ Monique B. DiSabatino*
                                  Monique B. DiSabatino (DE Bar No. 6027)
                                  1201 North Market Street, Suite 2300
                                  P.O. Box 1266
                                  Wilmington, DE 19899
                                  (302) 421-6806

Dated: April 26, 2021

# Service List

Neil B. Glassman, Esquire
Erin R. Fay, Esquire
Gregory J. Flasser, Esquire
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
nglassman@bayardlaw.com
efay@bayardlaw.com
gflasser@bayardlaw.com

Linda Richenderfer, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
linda.richenderfer@usdoj.gov

Cogency Global Inc.
122 E. 42nd Street, 18th Floor
New York, NY 10168
SOP@cogencyglobal.com

Julia Clark & Associates, PC
Attn: Julia Clark
1401 West Avenue, Suite B
Austin, TX 78701
jclark@juliaclarkcpa.com