# Exhibit 7

## NOTE ALLONGE

**ENDORSEMENT** to that certain Promissory Note (Mezzanine 2 Loan), dated as of November 30, 2018, in the stated principal amount of SIXTY-THREE MILLION AND 00/100 DOLLARS ($63,000,000.00), made by **GVS PORTFOLIO I B, LLC**, a Delaware limited liability company, in favor of **UBS AG**, by and through its branch office located at 1285 Avenue of the Americas, New York, New York ("**Assignor**").

Pay to the order of **TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA**, a New York corporation, for the benefit of the TIAA Real Estate Account, having an address at 730 Third Avenue, New York, New York 10017 ("**Assignee**"), without recourse, representation or warranty, express or implied, except as set forth in that certain Mezzanine Loan Purchase and Sale Agreement (Mezzanine 2 Loan), dated as of November 30, 2018, entered into between Assignor and Assignee.

Dated as of December 3, 2018.

[Signature page follows.]

**UBS AG**

By: _____
Name:
Title:      Michael Mills
            Associate Director

By: _____
Name:
Title:      Kathleen Donovan
            Managing Director

[Signature Page to Note Allonge (Mezzanine 2 Loan)]