# Exhibit 11

## OMNIBUS AMENDMENT TO MEZZANINE 2 LOAN DOCUMENTS

THIS OMNIBUS AMENDMENT TO MEZZANINE 2 LOAN DOCUMENTS (this "**Amendment**"), dated as of January 7, 2019 by and among **GVS PORTFOLIO I B, LLC**, a Delaware limited liability company, having an address c/o Great Value Storage, 401 Congress Avenue, Austin, Texas 78701 (together with its permitted successors and permitted assigns, "**Borrower**") and **TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA**, a New York corporation, for the benefit of the Separate Real Estate Account, having an address at 730 Third Avenue, New York, New York 10017 (together with its successors and assigns, collectively, "**Lender**").

### R E C I T A L S:

WHEREAS, Borrower and **UBS AG**, by and through its branch office at 1285 Avenue of the Americas, New York, New York, a U.S. branch of a Swiss banking corporation, having an address at 1285 Avenue of the Americas, New York, New York 10019 (together with its successors and assigns, collectively, "**Original Lender**") are parties to that certain Mezzanine 2 Loan Agreement, dated as of November 30, 2018 (the "**Original Loan Agreement**"), as assigned to Lender pursuant to that certain Mezzanine Assignment and Assumption Agreement (Mezzanine 2 Loan) dated as of December 3, 2018, by and between Original Lender, as assignor, and Lender, as assignee;

WHEREAS, Borrower and Lender have agreed to amend the Loan Documents in the manner hereinafter set forth.

NOW, THEREFORE, in pursuance of such agreement and for good and valuable consideration, Borrower and Lender hereby agree as follows:

1. **Modification to Original Loan Agreement**.

    1.1 The definitions of "Closing Date Debt Service Coverage Ratio", "Closing Date Debt Yield" and "Closing Date LTV" in the Original Loan Agreement shall be deleted in their entirety and replaced with the following:

    ""**Closing Date Debt Service Coverage Ratio**" shall mean 1.23 to 1.00.

    "**Closing Date Debt Yield**" shall mean 7.30%.

    "**Closing Date LTV**" shall mean 78.50%."

    1.2 The definition of "Interest Rate" in the Original Loan Agreement shall be deleted in its entirety and replaced with the following:

    ""**Interest Rate**" shall mean 8.715%."

1.3 The definition of "Loan" in the Original Loan Agreement shall be deleted in its entirety and replaced with the following:

""**Loan**" shall mean the loan in the original principal amount of Eighty-Two Million and No/100 Dollars ($82,000,000.00) made by Lender to Borrower pursuant to this Agreement."

1.4 The definition of "Note" in the Original Loan Agreement shall be deleted in its entirety and replaced with the following:

""**Note**" shall mean, collectively, Note A-1 and Note A-2."

1.5 The following definitions shall be added to the Original Loan Agreement immediately following the definition of "Note":

""**Note A-1**" means that certain Mezzanine 2 Promissory Note, dated as of November 30, 2018, in the stated principal amount of $63,000,000.00, made by Borrower in favor of Lender, as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, including any Defeased Note and Undefeased Note relating thereto that may exist from time to time.

"**Note A-2**" means that certain Supplemental Promissory Note (Mezzanine 2) dated as of January 7, 2019, in the stated principal amount of $19,000,000, made by Borrower in favor of Lender, as the same may be amended, restated, replaced, supplemented or otherwise modified from time to time, including any Defeased Note and Undefeased Note relating thereto that may exist from time to time."

1.6 The definition of "Permitted Mezzanine Loan" in the Original Loan Agreement shall be deleted in its entirety.

1.7 Section 2.1.1 of the Original Loan Agreement shall be deleted in its entirety and replaced with the following:

"Disbursements to Borrower. Subject to and upon the terms and conditions set forth herein, Lender shall make the Loan to Borrower and Borrower shall accept the amount of the Loan under Note A-1 from Lender on the Closing Date and the remainder of the Loan under Note A-2 from Lender on January 7, 2019.

1.8 Section 2.1.2 of the Original Loan Agreement shall be deleted in its entirety and replaced with the following:

"Borrower shall receive two (2) borrowings hereunder in respect of the Loan and any amount borrowed and repaid hereunder in respect of the Loan may not be reborrowed."

1.9 Section 2.3.1 of the Original Loan Agreement shall be amended by adding the following sentence at the end of such section:

"Any payment of the Monthly Debt Service Payment Amount shall be made on a pro rata basis between Note A-1 and Note A-2."

1.10   Section 2.4.1 of the Original Loan Agreement shall be amended by adding the following sentence at the end of such section:

"Any prepayment permitted under this Section 2.4.1 shall require a pro rata prepayment between Note A-1 and Note A-2."

1.11   Section 2.4.3 of the Original Loan Agreement shall by amended my adding the following sentence at the end of such section:

"Any prepayment required under this Section 2.4.3 shall require a pro rata prepayment between Note A-1 and Note A-2."

1.12   Section 2.4.4 of the Original Loan Agreement shall by amended my adding the following sentence at the end of such section:

"Any prepayment required under this Section 2.4.4 shall require a pro rata prepayment between Note A-1 and Note A-2."

1.13   Section 2.5.1(b) of the Original Loan Agreement shall by amended my adding the following sentence at the end of such section:

"Any Partial Defeasance permitted under this Section 2.5.1(b) shall require a pro rata prepayment between Note A-1 and Note A-2."

1.14   Section 8.4 of the Original Loan Agreement shall be deleted in its entirety.

1.15   Schedule 2 of the Original Loan Agreement shall be deleted in its entirety and replaced with the replacement Schedule 2 attached hereto.

2.   Unless otherwise defined in this Amendment, terms defined in the Original Loan Agreement shall have their defined meanings when used herein.

3.   Borrower represents, warrants and covenants that (a) there are no offsets, counterclaims or defenses against the Debt, this Amendment, the Original Loan Agreement or the other Loan Documents, and (b) Borrower has the full power, authority and legal right to execute this Amendment and to keep and observe all of the terms of this Amendment on its part to be observed or performed.

4.   This Amendment may be executed by one or more of the parties hereto on any number of separate counterparts, each of which shall be an original and all of which taken together shall constitute one and the same instrument.

5.   This Amendment shall inure to the benefit of and be binding upon Borrower and Lender and their respective successors and assigns.

6. This Amendment shall be governed by, and construed in accordance with, the laws of the State of New York.

7. All references (i) to the defined terms amended, replaced, deleted or otherwise modified pursuant to Sections 1.1 through 1.6 herein (the "**Modified Defined Terms**") and (ii) to "Loan Agreement" contained in the other Loan Documents shall be deemed to hereinafter refer to the Modified Defined Terms and the Original Loan Agreement, respectively, as amended by this Amendment, and as the same may be further amended, restated, supplemented or otherwise modified from time to time.

8. All capitalized terms used in this Amendment but not defined herein shall have the meaning given such terms in the Original Loan Agreement.

9. All terms, covenants and provisions of the Original Loan Agreement (as amended by this Amendment) and of the Loan Documents are ratified and confirmed and shall remain in full force and effect. In addition, any and all guaranties and indemnities for the benefit of Lender that constitute Loan Documents (including, without limitation, the Guaranty) are hereby ratified and confirmed and shall not be released, diminished, impaired, reduced or adversely affected by this Amendment, and Guarantor hereby consents, acknowledges and agrees to the modifications set forth in this Amendment.

[NO FURTHER TEXT ON THIS PAGE]

IN WITNESS WHEREOF, the parties hereto have caused this Omnibus Amendment to Mezzanine 2 Loan Documents to be duly executed by their duly authorized representatives, all as of the day and year first above written.

**LENDER:**

**TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA**, for the benefit of the Separate Real Estate Account

By: _____
Name:
Title:

**Nora A. Ciesla**
**Authorized Signer**

**[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]**

**BORROWER:**

**GVS PORTFOLIO I B, LLC**, a Delaware limited liability company

By: _____
Name: Natin Paul
Title: President

**[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]**

      The undersigned hereby acknowledges and consents to the foregoing Amendment. In addition, the undersigned reaffirms its obligations under the Guaranty and agrees that its obligations under the Guaranty shall remain in full force and effect.

**GUARANTOR:**

_____
**NATIN PAUL**, an individual

**Schedule 2**

**Allocated Loan Amounts**

(attached)

**SCHEDULE 2**
**ALLOCATED LOAN AMOUNTS**

| Street # | Street Name | City | State | Zip | Junior Mezzanine ALAs |
|---:|---|---|---|---|---:|
| 60 | Westpark Road | Dayton | OH | 45459 | $772,460 |
| 111 | North Layfair Drive | Flowood | MS | 39232 | $1,752,890 |
| 123 | South Meridian Road | Youngstown | OH | 44509 | $1,280,280 |
| 410 | Gulf Freeway | Texas City | TX | 77591 | $1,634,050 |
| 426 | North Smithville Road | Dayton | OH | 45431 | $772,460 |
| 435 | Congress Park Drive | Dayton | OH | 45459 | $1,752,890 |
| 443 | Laredo Street | Aurora | CO | 80011 | $1,188,400 |
| 580 | East Dublin Granville Road | Worthington | OH | 43085 | $1,336,950 |
| 613 | North Freeway | Fort Worth | TX | 76102 | $1,099,280 |
| 632 | Timkin Road | Tomball | TX | 77375 | $683,330 |
| 765 | South Street | Newburgh | NY | 12550 | $1,693,480 |
| 920 | Highway 80 East | Mesquite | TX | 75149 | $1,782,610 |
| 941 | Fairmount Parkway | Pasadena | TX | 77504 | $683,330 |
| 1151 | East Expressway 83 | San Benito | TX | 78586 | $445,650 |
| 1330 | Georgesville Road | Columbus | OH | 43228 | $1,307,240 |
| 1585 | Lexington Avenue | Mansfield | OH | 44907 | $831,880 |
| 1594 | Route 9G | Hyde Park | NY | 12538 | $831,880 |
| 1661 & 1670 | West Government Cove | Brandon | MS | 39042 | $1,158,690 |
| 1710 | North Cunningham Avenue | Urbana | IL | 61802 | $1,604,340 |
| 1910 | 25th Avenue North | Texas City | TX | 77590 | $1,039,850 |
| 1961 | Covington Pike | Memphis | TN | 38128 | $891,300 |
| 2033 | Oak Grove Road | Hattiesburg | MS | 39402 | $1,455,790 |
| 2150 | Wirt Road | Houston | TX | 77055 | $1,277,530 |
| 2202 | North Market Street | Champaign | IL | 61822 | $1,782,610 |
| 2407 | South US Highway 183 | Leander | TX | 78641 | $690,690 |
| 2502 | Bay Street | Texas City | TX | 77590 | $1,604,340 |
| 3380 | North Post Road | Indianapolis | IN | 46226 | $1,277,530 |
| 3412 | Garth Road | Baytown | TX | 77521 | $713,040 |
| 3785 | Shiloh Springs Road | Dayton | OH | 45426 | $891,300 |

25254179.4.BUSINESS

| Street # | Street Name | City | State | Zip | Junior Mezzanine ALAs |
|---:|---|---|---|---|---:|
| 3951 | Highway 78 | Memphis | TN | 38118 | $623,910 |
| 4145 | State Route 741 | Mason | OH | 45040 | $921,010 |
| 4311 | Samuell Boulevard | Dallas | TX | 75228 | $2,139,130 |
| 4641 | Production Drive | Dallas | TX | 75235 | $1,782,610 |
| 4806 | Marie Lane | Deer Park | TX | 77536 | $534,780 |
| 4901 | South Freeway | Fort Worth | TX | 76115 | $1,544,930 |
| 5199 | Westerville Road | Columbus | OH | 43231 | $1,580,000 |
| 5301 | Tamarack Circle East | Columbus | OH | 43229 | $1,218,110 |
| 5550 | Antoine Drive | Houston | TX | 77091 | $1,366,660 |
| 5811 | North Houston Rosslyn Road | Houston | TX | 77097 | $772,460 |
| 6250 | Westward Lane | Houston | TX | 77081 | $3,238,400 |
| 7116 | South IH-35 Frontage Road | Austin | TX | 78745 | $245,240 |
| 7200 | Tussing Road | Reynoldsburg | OH | 43068 | $1,196,460 |
| 7273 | Kearney Street | Commerce City | CO | 80022 | $1,812,310 |
| 7821 | Taylor Road | Reynoldsburg | OH | 43068 | $1,604,340 |
| 7986 | Southern Boulevard | Boardman | OH | 44512 | $1,307,240 |
| 8320 | Alabonson Road | Houston | TX | 77088 | $802,160 |
| 8450 | Cook Road | Houston | TX | 77072 | $1,158,690 |

| Street # | Street Name | City | State | Zip | |
|---|---|---|---|---|---|
| 8501 | North Springboro Pike | Miamisburg | OH | 45342 | $980,430 |
| 8801 | Boone Road | Houston | TX | 77099 | $710,170 |
| 9010 | Emmett F Lowry Expressway | Texas City | TX | 77591 | $2,050,000 |
| 9530 | Skillman Street | Dallas | TX | 75243 | $2,495,650 |
| 9600 | Marion Ridge | Kansas City | MO | 64137 | $1,544,930 |
| 9951 | Harwin Road | Houston | TX | 77036 | $1,515,210 |
| 9984 | South Old State Road | Lewis Center | OH | 43035 | $1,931,160 |
| 10013 | FM 620 | Austin | TX | 78726 | $760,000 |
| 10601 | West Fairmont Parkway | La Porte | TX | 77571 | $1,069,560 |
| 10640 | Hempstead Road | Houston | TX | 77092 | $1,901,440 |
| 11702 | Beechnut Street | Houston | TX | 77072 | $1,426,080 |
| 13825 | FM 306 | Canyon Lake | TX | 78133 | $1,366,660 |
| 14318 | Highway 249 | Houston | TX | 77086 | $1,039,850 |
| **Street #** | **Street Name** | **City** | **State** | **Zip** | **Junior Mezzanine ALAs** |
| 15300 | Kuykendahl Road | Houston | TX | 77090 | $1,515,210 |
| 16530 | West Hardy Road | Houston | TX | 77060 | $534,780 |
| 16905 | Indian Chief Drive | Cedar Park | TX | 78613 | $623,910 |
| 1223, 1235, 1431, 1441, 1451, 1491, 1527, 1543 & 1559 | North Nellis Boulevard | Las Vegas | NV | 89110 | $2,450,450 |
| | | | | | $82,000,000.00 |