# Exhibit 14

NOTE ALLONGE

**ENDORSEMENT** to that certain Promissory Note (Mezzanine 2 Loan), dated as of November 30, 2018, in the stated principal amount of SIXTY-THREE MILLION AND 00/100 DOLLARS ($63,000,000.00), made by **GVS PORTFOLIO I B, LLC**, a Delaware limited liability company, in favor of **UBS AG**, by and through its branch office located at 1285 Avenue of the Americas, New York, New York ("**Original Lender**"), as previously assigned to and endorsed in favor **TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA**, a New York corporation, for the benefit of the TIAA Real Estate Account, having an address at 730 Third Avenue, New York, New York 10017 ("**Assignor**").

Pay to the order of **RREF III STORAGE LLC**, a Delaware limited liability company, having an address at c/o Related Funds Management, 30 Hudson Yards, New York, NY 10001 ("**Assignee**"), without recourse, representation or warranty, express or implied, except as set forth in that certain Mezzanine Loan Purchase and Sale Agreement (Mezzanine 2 Loan), dated as of March 8, 2021, entered into between Assignor and Assignee.

[NO FURTHER TEXT ON THIS PAGE]

Dated as of \_\_\_March\_\_\_ \_8\_, 2021.

ASSIGNOR:

**TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, A NEW YORK CORPORATION, FOR THE BENEFIT OF THE SEPARATE REAL ESTATE ACCOUNT**

By: _/s/ Richard Tsui_
Name: **Richard Tsui**
Title: **Senior Director**

ny-2075600