# Exhibit 19

**RREF III STORAGE LLC**
30 Hudson Yards
New York, NY 10001

April 15, 2021

**VIA OVERNIGHT COURIER AND EMAIL:**

Natin Paul
c/o Great Value Storage
814 Lavaca Street
Austin, Texas 78701
Attention: Natin Paul
npaul@world-class.com

Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Attention: Y. David Scharf
lthompson@morrisoncohen.com
dscharf@morrisoncohen.com
dlesser@morrisoncohen.com

Re: $82,000,000 Mezzanine Loan (the "Mezzanine 2 Loan") from RREF III Storage LLC (as successor-in-interest to UBS AG, "Mezzanine 2 Lender") to GVS Portfolio I B, LLC ("Mezzanine 2 Borrower"), secured by membership interests in GVS Portfolio I, LLC (the "Pledged Interests") and guaranteed by Natin Paul ("Guarantor") pursuant to the terms of that certain Guaranty of Recourse Obligations (Mezzanine 2 Loan), as reaffirmed by Guarantor pursuant to the terms of that certain Omnibus Amendment to Mezzanine 2 Loan Documents (collectively, the "Guaranty")

Dear Mr. Paul:

As previously communicated to you on multiple occasions, the maturity date of the Mezzanine 2 Loan was and remains accelerated, and all Obligations (as such term, and any other capitalized terms used but not defined herein are defined in the Guaranty or the Loan Agreement referenced therein) are due and payable.

Furthermore, we have received notice that Mezzanine 2 Borrower filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the District of Delaware on April 12, 2021. Such filing constitutes a "Springing Recourse Event" under Section 11.22(b) of the Mezzanine 2 Loan Agreement, which is incorporated by reference in the Guaranty. In light of the foregoing, the Mezzanine 2 Loan is hereby immediately due and payable by Guarantor, pursuant to his obligations under Section §1.1 of the Guaranty.

By way of this letter, demand is hereby made on you to pay and perform all Guaranteed Obligations, which as of the date hereof amount to not less than $99,364,733.46, which amount includes the Outstanding Principal Balance of $82,000,000, accrued interest thereon, protective advances made by Mezzanine 2 Lender or its predecessor in interest, attorneys' fees, costs and expenses incurred by Mezzanine 2 Lender or its predecessor in interest, default interest and late fees. Such amount shall continue to increase as interest accrues and other charges and expenses are incurred by Mezzanine 2 Lender.

Any enforcement actions with respect to the Guaranty may be taken by Mezzanine 2 Lender without further notice or demand, except as may be required pursuant to applicable law. In the event any such actions are taken, Mezzanine 2 Lender will hold you responsible for all additional costs and expenses, including attorneys' fees and court costs, incurred in connection with enforcement of the Guaranty.

Mezzanine 2 Lender expressly reserves all of its rights, powers and remedies provided for under the Mezzanine 2 Loan Agreement, the Guaranty and all of the other Loan Documents, including with respect to any Default, Event of Default, any of the Borrower's Recourse Liabilities or any other Springing Recourse Event, whether or not identified herein or in any previous notices delivered to you, at law or in equity, whether now or hereafter existing.

Guarantor is further advised that neither the previous nor future acceptance by Mezzanine 2 Lender of interest or other payments with regard to any outstanding amounts due under the Loan Documents shall constitute a waiver or limitation of Mezzanine 2 Lender's rights and remedies under the Guaranty, at law or in equity.

**[NO FURTHER TEXT ON THIS PAGE]**

Sincerely,

**RREF III STORAGE LLC**, a Delaware limited liability company

By: ______________________

Name: Richard O'Toole
Title: Authorized Signatory