# Exhibit 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART IAS MOTION 48EFM

-----------------------------------------------------------------X

GVS PORTFOLIO 1 B, LLC

                     Plaintiff,

- v -

TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA,

                     Defendant.

-----------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 654095/2020 |
| MOTION DATE | N/A |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

HON. ANDREA MASLEY:

The following e-filed documents, listed by NYSCEF document number (Motion 001) 2, 51, 53, 54, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106

were read on this motion to/for            INJUNCTION/RESTRAINING ORDER

Upon the foregoing documents, it is

      For the reasons stated on the record on September 18, 2020, the motion for a preliminary injunction is granted. Movant shall submit the transcript to be so ordered. The undertaking is set at $25,000. The parties shall meet and confer as to the notice of sale and terms of sale and submit a stipulation to the court by October 2, 2020. In addition, the parties shall simultaneously identify any disagreements that remain and give the court their respective positions in a brief letter. If necessary, the court will schedule another oral argument.

| Motion Seq. No. : | | | | |
|---|---|---|---|---|
| September 18, 2020 | | | | |
| DATE | | | ANDREA MASLEY, J.S.C. | |
| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | | |
| | ☒ GRANTED ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER | |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE | |

654095/2020 GVS PORTFOLIO 1 B, LLC vs. TEACHERS INSURANCE ANNUITY
Motion No. 001

Page 1 of 1

1 of 1