# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GVS Portfolio I B, LLC, | ) Case No. 21-10690 (CSS) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

    I, Monique B. DiSabatino, hereby certify that on April 26, 2021, I caused a copy of the foregoing *Declaration of Richard L. O'Toole* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties on the attached service list via Electronic Mail.

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806

Dated: April 26, 2021

38414565.1 04/26/2021

## Service List

Neil B. Glassman, Esquire
Erin R. Fay, Esquire
Gregory J. Flasser, Esquire
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
nglassman@bayardlaw.com
efay@bayardlaw.com
gflasser@bayardlaw.com

Linda Richenderfer, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
linda.richenderfer@usdoj.gov

Cogency Global Inc.
122 E. 42nd Street, 18th Floor
New York, NY 10168
SOP@cogencyglobal.com

Julia Clark & Associates, PC
Attn: Julia Clark
1401 West Avenue, Suite B
Austin, TX 78701
jclark@juliaclarkcpa.com