# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re GVS Porfolio I B, LLC.                  **Case No. 21-10690 (CSS)**
        Debtor.

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **13 Week Cash Flow Projection (Form IR-1)** | Attached | |
| **Certificate of Insurance:** | N/A | |
|    Workers Compensation | | |
|    Property | | |
|    General Liability | | |
|    Vehicle | | |
|    Other: | | |
|    Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | N/A | |
|    Tax Escrow Account | | |
|    General Operating Account | | |
|    Money Market Account pursuant to Local Rule 4001-3.  Refer to | | |
|    http://www.deb.uscourts.gov/ | | |
|    Other:_____ | | |
| **Retainers Paid (Form IR-2)** | See Attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are
true and correct to the best of my knowledge and belief.

/s/ *Natin Paul*_____          4/27/21_____
Signature of Authorized Individual*          Date


Natin Paul_____          Director
Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

# CASH FLOW PROJECTION

**GVS Portfolio I B, LLC, Debtor**
**Cash Flow Projections for April 12 through June 30, 2021**

| Receipts | Apr-21 | May-21 | Jun-21 | TOTAL |
|---|---|---|---|---|
| Waterfall disbursement from subsidiary operating receipts+ | $      - | $ 75,000.00 | $ 75,000.00 | $ 150,000.00 |
| | | | | |
| **TOTAL RECEIPTS** | **$      -** | **$ 75,000.00** | **$ 75,000.00** | **$ 150,000.00** |
| | | | | |
| **Expenses** | | | | |
| Payment to Lender++ | $      - | $ 75,000.00 | $ 75,000.00 | $ 150,000.00 |
| | | | | |
| **TOTAL DISBURSEMENTS** | **$      -** | **$ 75,000.00** | **$ 75,000.00** | **$ 150,000.00** |
| | | | | |
| **Professional Fees** | | | | |
| Professional Fee Accrual** | $      - | - | $ 50,000.00 | $  50,000.00 |
| | | | | |
| **TOTAL PROFESSIONAL FEES** | **$      -** | **$      -** | **$ 50,000.00** | **$  50,000.00** |

+Receipts are estimated based on prior months and will vary month to month

++ Anticipate payment to be equal to total monthly operating receipts.

** Disbursement subject to Court approval; provided however, that such payments are not anticipated to be made from operating receipts reflected herein

**<u>Certificate of Insurance</u>**

Given the nature of the Debtor's business it does not have, nor is it required to have, insurance. However, the Debtor will confirm that it is not listed as an additional insured on any other policies and will supplement this initial operating report to the extent necessary.

## **<u>SCHEDULE OF RETAINERS PAID</u>**

**SCHEDULE OF RETAINERS PAID TO PROFESSIONALS**

(This schedule is to include each Professional paid a retainer[1])

| Payee | Check | | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| | Date | Number | | | | |
| Bayard, P.A. | 4/12/21 | Wire | GVS Portfolio I C, LLC | $100,000 | $0.00 | $100,000 |

[1] Bayard, P.A. has not yet completed a final reconciliation of its prepetition fees and expenses as of the filing of this initial operating report.  The actual amount of the retainer balance is subject to revision and true-up.