# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVS Portfolio I B, LLC, | ) | Case No. 21-10690 (CSS) |
| | ) | |
| Debtor. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Theresa A. Foudy of Morrison & Foerster LLP to represent RREF III Storage LLC in this case.

Dated: May 7, 2021

/s/ Monique B. DiSabatino
Monique B. DiSabatino (DE Bar No. 6027)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6806
monique.disabatino@saul.com

*Attorneys for RREF III Storage LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Theresa A. Foudy
Theresa A. Foudy
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
212-468-8000
tfoudy@mofo.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.