# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GVS Portfolio I B, LLC,<br><br>                Debtor.[1] | Chapter 11<br><br>Case No. 21-10690 (CSS)<br><br>Hearing Date: May 26, 2021 at 10:00 a.m. (ET)<br>Objection Deadline: May 17, 2021 at 4:00 p.m. (ET)<br><br>Related to Docket No. 8 |

### SUPPLEMENTAL NOTICE OF HEARING ON RREF III STORAGE LLC'S MOTION FOR ENTRY OF AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE WITH PREJUDICE

PLEASE TAKE NOTICE that on April 26, 2021, RREF III Storage LLC ("RREF") filed the *Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case with Prejudice and Granting Relief from the Automatic Stay* [D.I. 8] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), pursuant to which RREF seeks the entry of an order (i) dismissing the chapter 11 case of the above-captioned debtor (the "Debtor") for cause and with prejudice pursuant to section 349(a) of the Bankruptcy Code (the "Motion to Dismiss") and (ii) granting relief from the automatic stay pursuant to sections 362(d)(1) and (d)(2) of the Bankruptcy Code (the "Motion for Relief from Stay").

PLEASE TAKE FURTHER NOTICE that, consistent with the Court's ruling at the status conference held on May 12, 2021, (i) the Motion will be bifurcated such that a hearing on the Motion to Dismiss will be held separately from any hearing on the Motion for Relief from Stay, and (ii) the hearing on the Motion to Dismiss will be held via Zoom conference on **May 26, 2021 at 10:00 a.m. (ET)** before the Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. The hearing on the Motion for Relief from Stay, if needed, will be held on a date to be determined.

PLEASE TAKE FURTHER NOTICE that, as reflected in the originally-filed notice of hearing on the Motion [D.I. 8] objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **May 17, 2021 at 4:00 p.m.** (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington,

---

[1] The Debtor in this chapter 11 case, together with the last four digits of the Debtor's taxpayer identification number, is as follows: GVS Portfolio I B, LLC (7171). The Debtor's mailing address is 814 Lavaca Street, Austin, TX 78701.

Delaware 19801; and (c) served as to be received on or before the Objection Deadline by counsel to RREF at the addresses set forth below.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at the hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2021
Wilmington, Delaware

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Monique Bair DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique Bair DiSabatino (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
Email: monique.disabatino@saul.com

-and-

**MORRISON & FOERSTER LLP**
James M. Peck
Theresa A. Foudy
Mark A. Lightner
Andrew Kissner
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Email: jpeck@mofo.com
Email: tfoudy@mofo.com
Email: mlightner@mofo.com
Email: akissner@mofo.com

*Attorneys for RREF III Storage LLC*