<u>**CERTIFICATE OF SERVICE**</u>

I, Gregory J. Flasser, hereby certify that on the 14th day of May 2021, I caused copies of **Debtor's Periodic Report Regarding Value, Operations, and Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest** to be served on the following parties in the manner indicated below:

<u>**Via E-Mail and First Class Mail**</u>:
**Cogency Global Inc.**
122 E. 42nd Street, 18th Floor
New York, NY 10168
SOP@cogencyglobal.com

**Julia Clark & Associates, PC**
Attn: Julia Clark
1401 West Avenue, Suite B
Austin, TX 78701
jclark@juliaclarkcpa.com

<u>**Via CM/ECF and E-Mail**</u>:
**Saul Ewing Arnstein & Lehr LLP**
Attn: Mark Minuti and Monique Bair DiSabatino
1201 North Market Street, Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com; monique.disabatino@saul.com

**Morrison & Foerster LLP**
Attn: Jeffrey J. Temple, Thomas E. Tether, Thomas R. Fileti, Bozena Sarzynska, James Peck, Mark A. Lightner, Andrew Kissner, Haimavathi V. Marlier and Joel C. Haims
250 West 55th Street
New York, NY 10019-9601
jtemple@mofo.com; ttether@mofo.com; tfileti@mofo.com; bsarzynska@mofo.com; jpeck@mofo.com; mlightner@mofo.com; akissner@mofo.com; hmarlier@mofo.com; jhaims@mofo.com

Linda Richenderfer
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Richenderfer@usdoj.gov

                                                                            */s/ Gregory J. Flasser*
                                                                            Gregory J. Flasser (No. 6154)