<u>**CERTIFICATE OF SERVICE**</u>

I, Gregory J. Flasser, hereby certify that on the 17th day of May 2021, I caused copies of **Debtor's Preliminary Objection to Portion of RREF III Storage LLC's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case With Prejudice and Granting Relief from the Automatic Stay** to be served on the following parties in the manner indicated below:

<u>**Via CM/ECF and E-Mail**</u>:

**Saul Ewing Arnstein & Lehr LLP**
Attn:  Mark Minuti and Monique Bair DiSabatino
1201 North Market Street, Suite 2300
Wilmington, DE 19899
mark.minuti@saul.com; monique.disabatino@saul.com

**Morrison & Foerster LLP**
Attn:  Jeffrey J. Temple, Thomas E. Tether, Thomas R. Fileti, Bozena Sarzynska, James Peck, Mark A. Lightner, Andrew Kissner, Haimavathi V. Marlier and Joel C. Haims
250 West 55th Street
New York, NY 10019-9601
jtemple@mofo.com; ttether@mofo.com; tfileti@mofo.com; bsarzynska@mofo.com; jpeck@mofo.com; mlightner@mofo.com; akissner@mofo.com; hmarlier@mofo.com; jhaims@mofo.com

Linda Richenderfer
Office of the US Trustee
US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Richenderfer@usdoj.gov

                                               */s/ Gregory J. Flasser*
                                               Gregory J. Flasser (No. 6154)