**GVS Portfolio I B, LLC / Case No. 21-10690-CSS**

## ATTACHMENT A

**(Official Form 207, Part 3:7)**

1. *GVS Portfolio I B, LLC v. Teachers Ins. Annuity Ass'n of Am.*, Index No. 0654095/2020 (N.Y. Sup. Ct. Aug. 27, 2020) (currently pending).

   <u>Nature of claim</u>: Action to enjoin UCC foreclosure sale.