## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GVS Portfolio I B, LLC, | ) Case No. 21-10690 (CSS) |
|  | ) |
| Debtor. [1] | ) |
|  | ) |
|  | ) |

## CERTIFICATION OF COUNSEL REGARDING CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

The undersigned counsel for RREF III Storage LLC ("RREF") hereby certifies that:

1.      RREF and the above-captioned debtor (the "Debtor"), by and through their counsel, have entered into the Confidentiality Agreement and Stipulated Protective Order (the "Protective Order"), a copy of which is attached hereto as **Exhibit A**, to govern the production, review and handling of the materials to be produced or otherwise disclosed in connection with discovery undertaken during this chapter 11 case and, particularly, in connection with *RREF III Storage LLC's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case with Prejudice and Granting Relief from the Automatic Stay* [D.I. 8].

[remainder of page left intentionally blank]

---

[1]      The Debtor in this chapter 11 case, together with the last four digits of the Debtor's taxpayer identification number, is as follows: GVS Portfolio I B, LLC (7171).  The Debtor's mailing address is 814 Lavaca Street, Austin, TX 78701.

WHEREFORE, the parties respectfully request that the Court enter the Protective Order at the Court's earliest convenience.

Dated: May 19, 2021

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique Bair DiSabatino (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email:  mark.minuti@saul.com
Email:  monique.disabatino@saul.com

-and-

**MORRISON & FOERSTER LLP**
James M. Peck
Joel C. Haims
Theresa A. Foudy
Haimavathi V. Marlier
Mark A. Lightner
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Email:  jpeck@mofo.com
Email:  jhaims@mofo.com
Email:  tfoudy@mofo.com
Email:  hmarlier@mofo.com
Email:  mlightner@mofo.com

*Attorneys for RREF III Storage LLC*