IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GVS Portfolio I B, LLC, | ) | Case No. 21-10690 (CSS) |
| | ) | |
| Debtor.[1] | ) | **Re: Docket No. 59** |
| | ) | |

### ORDER APPROVING CONFIDENTIALITY AGREEMENT
### AND STIPULATED PROTECTIVE ORDER

Upon consideration of the certification of counsel submitting the *Confidentiality Agreement and Stipulated Protective Order* (the "Protective Order")[2], a copy of which Protective Order is attached hereto as **Exhibit 1**; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Protective Order is approved and incorporated herein by reference.

2. The parties are authorized to take all actions necessary to effectuate the terms of the Protective Order.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: May 20th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtor in this chapter 11 case, together with the last 4 digits of the Debtor's taxpayer identification number, is as follows: GVS Portfolio I B, LLC (71__). ... 814 Lavaca Street, Austin, TX 78701.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Protective Order.