**Exhibit A**


**FILED UNDER SEAL**
**PURSUANT TO CONFIDENTIALITY AGREEMENT AND**
**STIPULATED PROTECTIVE  ORDER [DI 60]**