## Exhibit B

**FILED UNDER SEAL
PURSUANT TO CONFIDENTIALITY AGREEMENT AND
STIPULATED PROTECTIVE  ORDER [DI 60]**