## Exhibit C

**FILED UNDER SEAL
PURSUANT TO CONFIDENTIALITY AGREEMENT AND
STIPULATED PROTECTIVE ORDER [DI 60]**