# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
GVS Portfolio I B, LLC,                         :    Case No. 21-10690 (CSS)
                                                :
                 Debtor.                        :
                                                :
                                                :
------------------------------------------------------------ x
```

## CERTIFICATE OF SERVICE

    I, Monique B. DiSabatino, hereby certify that on May 21, 2021, I caused a copy of the foregoing *[REDACTED] RREF III Storage LLC's Reply in Support of Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case with Prejudice* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties on the attached service list via Electronic Mail.

                                      **SAUL EWING ARNSTEIN & LEHR LLP**

                           By: */s/ Monique B. DiSabatino*
                                Monique B. DiSabatino (DE Bar No. 6027)
                                1201 North Market Street, Suite 2300
                                P.O. Box 1266
                                Wilmington, DE 19899
                                (302) 421-6806

## Service List

Neil B. Glassman, Esq.
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Email: nglassman@bayardlaw.com
Email: efay@bayardlaw.com
Email: gflasser@bayardlaw.com
(Counsel to the Debtor)

Linda Richenderfer
Office of the U.S. Trustee
U.S. Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov

Cogency Global Inc.
122 E. 42nd Street, 18th Floor
New York, NY 10168
Email: SOP@cogencyglobal.com

Julia Clark
Julia Clark & Associates, PC
1401 West Avenue, Suite B
Austin, TX 78701
Email: jclark@juliaclarkcpa.com