# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GVS Portfolio I B, LLC, | : | Case No. 21-10690 (CSS) |
|  | : |  |
| Debtor. | : |  |

## CERTIFICATE OF SERVICE

    I, Monique B. DiSabatino, hereby certify that on May 25, 2021, I caused a copy of the *Declaration of Michael Winston* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties on the attached service list via Electronic Mail.

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806

**Service List**

Neil B. Glassman, Esq.
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Email: nglassman@bayardlaw.com
Email: efay@bayardlaw.com
Email: gflasser@bayardlaw.com
(Counsel to the Debtor)


Linda Richenderfer, Esq.
Office of the U.S. Trustee
U.S. Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov