# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 6/4/2021 |
| Case: 21−10690−CSS | Form ID: pdfodc | Total: 32 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Erin R Fay | efay@bayardlaw.com |
| aty | Gregory Joseph Flasser | gflasser@bayardlaw.com |
| aty | James Michael Peck | jpeck@mofo.com |
| aty | Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Mark A. Lightner | mlightner@mofo.com |
| aty | Michael G. Busenkell | mbusenkell@gsbblaw.com |
| aty | Monique Bair DiSabatino | monique.disabatino@saul.com |
| aty | Neil B. Glassman | nglassman@bayardlaw.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | GVS Portfolio I B, LLC    814 Lavaca Street    Austin, TX 78701 | |
| intp | Reliable    1007 North Orange Street    Suite 100    Wilmington, DE 19801 | |
| aty | Andrew Kissner    Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 | |
| aty | Haimavathi V. Marlier    Morrison & Foerster LLP    250 W. 55th St.    New York, NY 10019 | |
| aty | Joel C. Haims    MORRISON & FOERSTER LLP    250 West 55th Street    New York, NY 10019 | |
| aty | Mark Minuti    SAUL EWING ARNSTEIN & LEHR LLP    1201 North Market Street, Suite 2300    P.O. Box 1266    Wilmington, DE 19899 | |
| aty | Theresa A. Foudy    Morrison & Foerster LLP    250 West 55th Street    New York, NY 10019 | |
| 15979906 | Cogency Global Inc.    122 E. 42nd Street, 18th Floor    New York, NY 10168    SOP@cogencyglobal.com | |
| 16385195 | Delaware State Treasury    820 Silver Lake Blvd., Suite 100    Dover, DE 19904 | |
| 15979907 | Delaware State Treasury    820 Silver Lake Blvd., Suite 100    Dover, DE 19904−2464 | |
| 16385194 | Internal Revenue Service    P. O. Box 7346    Philadelphia, PA 19101−7346 | |
| 15979908 | Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101−7346 | |
| 15979909 | Julia Clark & Associates, PC    Attn: Julia Clark    1401 West Avenue, Suite B    Austin, TX 78701    jclark@juliaclarkcpa.com | |
| 15979910 | Morrison & Foerster LLP    Jeffrey J. Temple    Thomas E. Tether    Thomas R. Fileti    Bozena Sarzynska    250 West 55th Street | |
| 15979911 | RREF III Storage LLC    Attn: Michael Winston    30 Hudson Yards    New York, NY 10001 | |
| 15979912 | Secretary of State    Attn: Division of Corporations    Franchise Tax    P.O. Box 898    Dover, DE 19903−0898 | |
| 16385196 | Secretary of State    Division of Corporations    Franchise Tax    P.O. Box 898    Dover, DE 19903 | |
| 16385192 | Securities & Exchange Commission    100 F Street, NE    Washington, DC 20549 | |
| 15979914 | Securities & Exchange Commission    Attn: Secretary of the Treasury    100 F Street, NE    Washington, DC 20549−2000 | |
| 16385193 | Securities & Exchange Commission    New York Regional Office    Attn: Mark Berger, Regional Director    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281−1022 | |
| 15979913 | Securities and Exchange Commission    Attn: Andrew Calamari    New York Regional Office    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281−1022 | |
| 16436047 | Staples Business Advantage    Tom Riggleman    7 Technology Circle    Columbia, SC 29203 | |

TOTAL: 22